UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DOKDINH SAYASACK,<br><br>                Petitioner,<br><br>   v.<br><br>F. E. FIGUEROA,<br><br>                Respondent. | Case No. C08-5102FDB/JKA<br><br>ORDER DENYING PETITIONER'S MOTION TO PROCEED *IN FORMA PAUPERIS* AS MOOT AND DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL |

      This habeas corpus action, filed pursuant to 28 U. S.C. 2254, has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636 (b)(1)(B) and Local Magistrates' Rules MJR 3 and MJR 4.

      Petitioner moved to proceed *in forma pauperis* (Dkt. # 1). The clerk's office sent him a letter outlining a number of defects in his application (Dkt # 2). Petitioner then paid the five dollar filing fee (Dkt # 3). The motion to proceed *in forma pauperis* is **DENIED AS MOOT.**

      Petitioner has also filed a motion for appointment of counsel (Dkt # 5). Petitioner alleges he is indigent and asks counsel be appointed to represent him. There is no right to have counsel

ORDER
Page - 1

1 appointed in cases brought under 28 U.S.C. § 2254 unless an evidentiary hearing is required, because
2 the action is civil, not criminal, in nature.  See Terravona v. Kincheloe, 852 F.2d 424, 429 (9th Cir.
3 1988); Brown v. Vasquez, 952 F.2d 1164, 1168 (9th Cir. 1992); and Rule 8(c) of the Rules
4 Governing Section 2254 Cases in the United States District Courts.  An evidentiary hearing has not
5 been granted in this case. Further, the claims in the petition are adequately set forth and articulated.
6 Petitioner's motion for appointment of counsel (Dkt. # 4)  is therefore **DENIED**.

The clerk is directed to send copies of this order to petitioner and remove Dkt. # 1 and 4 from the court's calendar.

DATED this 11 day of March, 2008.

*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate