UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DOKDINH SAYASACK,

    Petitioner,

v.

F. E. FIGUEROA,

    Respondent.

Case No. C08-5102FDB/JKA

ORDER ADOPTING REPORT
AND RECOMMENDATION

The Court having reviewed the Report and Recommendation of the Hon. J. Kelley Arnold United States Magistrate Judge, the remaining record, and there being no objections, does hereby find and Order:

(1)     The Court adopts the Report and Recommendation;

(2)     The petition is **TRANSFERRED TO THE NINTH CIRCUIT AS A SECOND OR SUCCESSIVE PETITION.**

(3)     The clerk is directed to send copies of this Order to Petitioner, and to the Hon. J. Kelley Arnold **AND TO ADMINISTRATIVELY CLOSE THIS FILE.**

DATED this 7th day of April 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1