# United States District Court

WESTERN DISTRICT OF WASHINGTON

DOKDINH SAYASACK                      JUDGMENT IN A CIVIL CASE

v.

F.E. FIGUEROA                          CASE NUMBER: C08-5102FDB

\_\_\_\_     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX      **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    1.    The Court adopts the Report and Recommendation.

    2.    The petition is **TRANSFERRED TO THE NINTH CIRCUIT AS A SECOND OR SUCCESSIVE PETITION**.

April 8, 2008                      BRUCE RIFKIN
                                                Clerk

                                              s/ D. Forbes
                                            By, Deputy Clerk